Maurice A. JACKSON, Appellant,

v.

Dorothy M. JACKSON, Appellee.

No. 2528.

Municipal Court of Appeals for the District of Columbia.

Submitted April 18, 1960.

Decided June 15, 1960.

William A. Smith and E. Lewis Ferrell, Washington, D. C., for appellant.

due. In the amended complaint an insurance rebate of $151.62 was allowed.

Carlisle E. Pratt, Washington, D. C., for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

This is an appeal from an order granting a motion of appellee-wife, plaintiff below, for an increase in maintenance payments for her support and that of her minor child. Appellant's several contentions have been carefully considered, and we conclude that the record presents no error on the part of the trial judge for which the order should be reversed.

Affirmed.